IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHA'SHONEE SOLOMON,

      Petitioner,                      No. CIV S-05-1277 GEB GGH P

   vs.

MATTHEW C. KRAMER, Warden, et al.,

      Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not filed an application to proceed in forma pauperis or paid the filing fee.

        Petitioner alleges that prison officials at the Sierra Conservation Center in Jamestown have not allowed him proper visitation. The purpose of a habeas corpus petition pursuant to 28 U.S.C. § 2254 is to challenge the validity of a conviction or sentence. The purpose of a civil rights action pursuant to 42 U.S.C. § 1983 is to challenge conditions of confinement. Because petitioner is challenging a condition of confinement, the court construes this action as a civil rights action.

/////

/////

1

1         The alleged violations took place in Tuolumne County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule 3-120(b).

        Pursuant to Local Rule 3-120(d), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983;

        2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

        3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

        United States District Court
        Eastern District of California
        1130 "O" Street
        Fresno, CA 93721

DATED: 7/18/05

        /s/ Gregory G. Hollows

        _____
        GREGORY G. HOLLOWS
        UNITED STATES MAGISTRATE JUDGE

GGH:kj
solo1277.101a